UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | |
| MARALYN PICKETT *aka* | : | |
| MARALYN VASQUEZ | : | Case No. 14-13873 REF |
| GEORGE W. PICKETT *aka* | : | |
| GEORGE PICKETT *aka* | : | |
| GEORGE PICKETT, JR., | : | |
|     *Debtors* | : | Chapter 13 |
| | : | |

### ORDER TO SHOW CAUSE WHY MOTION SHOULD NOT BE DISMISSED

Upon the failure of the parties to file an appropriate stipulation in settlement of the Motion For Relief From Stay filed by U.S. Bank National Association, (Trustee For The Pennsylvania Housing Finance Agency, Pursuant To A Trust Indenture Dated As Of April 1, 1982) *(regarding 639 South Bishopthrope Street, Bethlehem, PA 18015),* on April 19, 2016, (the "Motion"),

IT IS HEREBY ORDERED that movant shall show cause why the Motion should not be dismissed, which show cause hearing shall be held as follows:

U.S. Bankruptcy Court - E.D. Pa.
Third Floor, The Madison
400 Washington Street
Reading, Pennsylvania, 19601

**on:** Thursday, October 6, 2016

**at:** 9:30 a.m. prevailing time.

BY THE COURT

*[signature]*

Richard E. Fehling,
United States Bankruptcy Judge

**Date: September 14, 2016**