United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
George W. Pickett  
Maralyn Pickett  
    Debtors

Case No. 14-13873-ref  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-4     User: Keith     Page 1 of 1     Date Rcvd: Sep 14, 2016  
                          Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 16, 2016.  
jdb          +Maralyn Pickett,    639 S. Bishopthorpe St.,    Bethlehem, PA 18015-2762

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                                                                 TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 16, 2016                                            Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 14, 2016 at the address(es) listed below:  
        FREDERICK L. REIGLE    ecfmail@fredreiglech13.com,   ecf_frpa@trustee13.com  
        JOSE C CAMPOS    on behalf of Debtor George W. Pickett jc@jccamposlaw.com,  
         sbennett@jccamposlaw.com  
        JOSE C CAMPOS    on behalf of Joint Debtor Maralyn  Pickett jc@jccamposlaw.com,  
         sbennett@jccamposlaw.com  
        JOSHUA ISAAC GOLDMAN    on behalf of Creditor   U.S. BANK NATIONAL ASSOCIATION, Et Al...  
         bkgroup@kmllawgroup.com,   bkgroup@kmllawgroup.com  
        KEVIN K. KERCHER    on behalf of Creditor   People First Credit Union kevinkk@kercherlaw.com  
        LEON P. HALLER    on behalf of Creditor   Pennsylvania Housing Finance Agency lhaller@pkh.com,  
         dmaurer@pkh.com  
        LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,  
         ecf_frpa@trustee13.com  
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
                                                                                                                  TOTAL: 8

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:
MARALYN PICKETT *aka* :
MARALYN VASQUEZ : Case No. 14-13873 REF
GEORGE W. PICKETT *aka* :
GEORGE PICKETT *aka* :
GEORGE PICKETT, JR., :
    *Debtors* : Chapter 13
:

## ORDER TO SHOW CAUSE WHY MOTION SHOULD NOT BE DISMISSED

Upon the failure of the parties to file an appropriate stipulation in settlement of the Motion For Relief From Stay filed by U.S. Bank National Association, (Trustee For The Pennsylvania Housing Finance Agency, Pursuant To A Trust Indenture Dated As Of April 1, 1982) *(regarding 639 South Bishopthrope Street, Bethlehem, PA 18015)*, on April 19, 2016, (the "Motion"),

IT IS HEREBY ORDERED that movant shall show cause why the Motion should not be dismissed, which show cause hearing shall be held as follows:

**U.S. Bankruptcy Court - E.D. Pa.**
**Third Floor, The Madison**
**400 Washington Street**
**Reading, Pennsylvania, 19601**

**on:**  Thursday, October 6, 2016

**at:**  9:30 a.m. prevailing time.

BY THE COURT

**Date: September 14, 2016**

Richard E. Fehling,
United States Bankruptcy Judge