United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
George W. Pickett  
Maralyn Pickett  
    Debtors

Case No. 14-13873-ref  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-4     User: Angela     Page 1 of 1     Date Rcvd: Oct 12, 2016  
                 Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 14, 2016.  
db/jdb       +George W. Pickett,    Maralyn Pickett,    639 S. Bishopthorpe St.,    Bethlehem, PA 18015-2762

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                              TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 14, 2016                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 12, 2016 at the address(es) listed below:

         FREDERICK L. REIGLE    ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com  
         JOSE C CAMPOS    on behalf of Joint Debtor Maralyn  Pickett jc@jccamposlaw.com, sbennett@jccamposlaw.com  
         JOSE C CAMPOS    on behalf of Debtor George W. Pickett jc@jccamposlaw.com, sbennett@jccamposlaw.com  
         JOSHUA ISAAC GOLDMAN    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, Et Al... bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com  
         KEVIN K. KERCHER    on behalf of Creditor    People First Credit Union kevinkk@kercherlaw.com  
         LEON P. HALLER    on behalf of Creditor    Pennsylvania Housing Finance Agency lhaller@pkh.com, dmaurer@pkh.com  
         LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com  
         United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
                                                                     TOTAL: 8

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Maralyn Pickett aka Maralyn Vasquez<br>George W. Pickett aka George Pickett aka George Pickett, Jr.<br>    Debtors<br><br>U.S. BANK NATIONAL ASSOCIATION, (Trustee for the Pennsylvania Housing Finance Agency, pursuant to a Trust Indenture dated as of April 1, 1982)<br>    Movant<br>vs.<br><br>Maralyn Pickett aka Maralyn Vasquez<br>George W. Pickett aka George Pickett aka George Pickett, Jr.<br>    Debtors<br><br>Frederick L. Reigle Esq.<br>    Trustee | CHAPTER 13<br><br>NO. 14-13873 REF<br><br>11 U.S.C. Section 362 |

**STIPULATION**

AND NOW, it is hereby stipulated and agreed by and between the undersigned as follows:

1. The post-petition arrearage on the mortgage held by Movant on Debtors' residence is $1,761.09, which breaks down as follows:

| | |
|---|---|
| Post-Petition Payments: | July 2016 through September 2016 at $573.00 |
| Late Charges: | July 2016 through September 2016 at $14.03 |
| **Total Post-Petition Arrears** | **$1,761.09** |

2. Debtors shall cure said arrearages in the following manner:

 a). Beginning October 2016 and continuing through March 2017, until the arrearages are cured, Debtors shall pay the present regular monthly payment of $573.00 on the mortgage (or as adjusted pursuant to the terms of the mortgage) on or before the first (1st) day of each month (with late charges being assessed after the 15th of the month), plus an installment payment of $293.15 towards the arrearages on or before the last day of each month;

 b). Maintenance of current monthly mortgage payments to Movant thereafter.

3. Should Debtors provide sufficient proof of payments (front & back copies of cancelled checks and/or money orders) made, but not credited, Movant shall adjust the account accordingly.

4. In the event the payments under Section 2 above are not tendered pursuant to the terms of this stipulation, Movant shall notify Debtors and Debtors' attorney of the default in writing

and Debtors may cure said default within FIFTEEN (15) days of the date of said notice. If Debtors should fail to cure the default within fifteen (15) days, Movant may file a Certification of Default with the Court and the Court shall enter an Order granting Movant relief from the automatic stay.

5. The stay provided by Bankruptcy Rule 4001(a)(3) is waived.

6. If the case is converted to Chapter 7, Movant shall file a Certification of Default with the court and the court shall enter an order granting Movant relief from the automatic stay.

7. If the instant bankruptcy is terminated by either dismissal or discharge, this agreement shall be null and void, and is not binding upon the parties.

8. The provisions of this stipulation do not constitute a waiver by Movant of its right to seek reimbursement of any amounts not included in this stipulation, including fees and costs, due under the terms of the mortgage and applicable law.

9. The parties agree that a facsimile signature shall be considered an original signature.

Date: September 19, 2016

/s/ Joshua I. Goldman, Esquire
Joshua I. Goldman, Esquire
Thomas I. Puleo, Esquire
Attorneys for Movant
KML Law Group, P.C.
Main Number: (215) 627-1322

Date: 10/3/16

Jose C. Campos Esq.
Attorney for Debtors

Date: 10/5/16

Frederick L. Reigle Esq.
Chapter 13 Trustee

Approved by the Court this ___ day of _____, 2016. However, the court retains discretion regarding entry of any further order.

**Date: October 12, 2016**

Bankruptcy Judge
Richard E. Fehling