*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: George W. Pickett and
Maralyn Pickett
      Debtor(s)

Case No: 14−13873−ref
Chapter: 13

### NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Richard E. Fehling , United States Bankruptcy Judge to consider:

\*\*\* RESCHEDULED HEARING \*\*\*

Motion to Dismiss Case for Failure to Make Plan Payments Filed by FREDERICK L. REIGLE Represented by LISA MARIE CIOTTI (Counsel).

on: 3/23/17

at: 09:00 AM

in: Courtroom 1, Third Floor, The Madison, 400 Washington Street, Reading, PA 19601

For The Court

Date:  2/14/17

Timothy B. McGrath
Clerk of Court

65 − 62
Form 167