United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
George W. Pickett
Maralyn Pickett
    Debtors

Case No. 14-13873-ref
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-4      User: Angela     Page 1 of 1     Date Rcvd: Feb 14, 2017
                       Form ID: 167     Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 16, 2017.
db/jdb     +George W. Pickett,   Maralyn Pickett,   639 S. Bishopthorpe St.,   Bethlehem, PA 18015-2762
cr     +People First Credit Union,   2141 Downyflake Lane,   Allentown, PA 18103-4799

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr         E-mail/PDF: gecsedi@recoverycorp.com Feb 15 2017 02:09:32     GE Capital Retail Bank,
         c/o Recovery Management Systems Corporat,   25 SE 2nd Avenue, Suite 1120,
         Miami, FL 33131-1605
                                                                                                                   TOTAL: 1

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 16, 2017                                           Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 14, 2017 at the address(es) listed below:
         FREDERICK L. REIGLE   ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com
         JOSE C CAMPOS    on behalf of Joint Debtor Maralyn  Pickett jc@jccamposlaw.com,
         sbennett@jccamposlaw.com
         JOSE C CAMPOS    on behalf of Debtor George W. Pickett jc@jccamposlaw.com,
         sbennett@jccamposlaw.com
         JOSHUA ISAAC GOLDMAN    on behalf of Creditor   U.S. BANK NATIONAL ASSOCIATION, Et Al...
         bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
         KEVIN K. KERCHER    on behalf of Creditor   People First Credit Union kevinkk@kercherlaw.com
         LEON P. HALLER    on behalf of Creditor   Pennsylvania Housing Finance Agency lhaller@pkh.com,
         dmaurer@pkh.com
         LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
         ecf_frpa@trustee13.com
         THOMAS I. PULEO    on behalf of Creditor   U.S. BANK NATIONAL ASSOCIATION, Et Al...
         tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
         United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                                                            TOTAL: 9

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: George W. Pickett and
Maralyn Pickett
      Debtor(s)                                  Case No: 14−13873−ref
                                                           Chapter: 13

**NOTICE OF HEARING**

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Richard E. Fehling , United States Bankruptcy Judge to consider:

\*\*\* RESCHEDULED HEARING \*\*\*

Motion to Dismiss Case for Failure to Make Plan Payments Filed by FREDERICK L. REIGLE Represented by LISA MARIE CIOTTI (Counsel).

      on: 3/23/17

      at: 09:00 AM

      in: Courtroom 1, Third Floor, The Madison, 400 Washington Street, Reading, PA 19601

For The Court

Date: 2/14/17

Timothy B. McGrath
Clerk of Court

65 − 62
Form 167