IN THE UNITED STATES BANKRUPTCY COURT
FOR THE Eastern District of Pennsylvania
READING DIVISION

IN RE: GEORGE W PICKETT and MARALYN PICKETT

CASE NO. 4-14-BK-13873

CLAIM: 1

### NOTICE OF CHANGE OF ADDRESS BY A CREDITOR

COMES NOW, Cach ,Llc hereby request the Trustee notice and payment address on its claim for the above mentioned case be changed from the following address:

CACH ,LLC
4340 S MONACO ST
FL 2
DENVER CO 80237-3485

To the new address below:

CACH ,LLC
PO Box 10587
Greenville SC 29603-0587

This address change pertains to Trustee payments and all other correspondences for this claim filed by the Creditor.

/s/ Susan Gaines                                                            Date: 7/5/2017
Susan Gaines
Telephone: (877) 264-5884