**UNITED STATES BANKRUPTCY COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA**

**In Re:**

| | |
|---|---|
| | ) Chapter 13 |
| **George W. Pickett, a/k/a George** | ) No. 14-13873-ref |
| **Pickett, a/k/a George Picket, Jr.** | ) Date of Hearing: September 21, 2017 |
| **Maralyn Pickett** | ) Time of Hearing: 9:30 a.m. |
| | ) Location:  U.S. Bankruptcy Court |
| | )              **The Madison Building** |
| | )              **3rd Floor, Courtroom 1** |
| | )              **400 Washington Street** |
| | )              **Reading, PA 19601** |

**NOTICE OF MOTION, RESPONSE DEADLINE
AND HEARING DATE**

The Debtors, George W. Pickett, a/k/a George Pickett a/k/a George Pickett, Jr. and Maralyn Pickett, by and through their attorney, Jose C. Campos, and The Law Offices of Jose C. Campos**,** have filed with the Court a Motion to Modify Their Chapter 13 Plan Post-Confirmation.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this Bankruptcy case. (If you do not have an attorney, you may wish to consult an attorney.)**

1. If you do not want the court to grant this Motion, then on or before **September 7, 2017**, you or your attorney must do all of the following:

a) file an answer explaining your position at:

**Clerk/United States Bankruptcy Court
The Madison Building
400 Washington Street, Suite 300
Reading, PA 19601**

If you mail your answer to the Bankruptcy Clerk's Office for filing, you must mail it early enough so that it will be received on or before the date stated above; and

b) mail a copy to the Movant's attorney:

**Jose C. Campos, Esquire
THE LAW OFFICES OF JOSE C. CAMPOS
251 E. Broad St.
Bethlehem, PA 18018**

      2. If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the court may enter an order granting the relief requested in the motion.

      3. A hearing on the motion is scheduled to be held before the Honorable RICHARD E. FEHLING, United States Bankruptcy Judge, in Courtroom **#1** at the United States Bankruptcy Court, The Madison Building, **400 Washington Street, Reading, PA 19601** on **September 21, 2017, at 9:30 a.m.,** as soon thereafter as counsel can be heard, to consider the motion.

      4. If a copy of the motion is not enclosed, a copy of the motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

      5. You may contact the Bankruptcy Clerk's Office at (610) 208-5040 to find out whether the hearing has been canceled because an answer was not filed.

Dated:   August 22, 2017                /s/ Jose C. Campos, Esquire
                                                Jose C. Campos, Esquire
                                                Attorney for Debtors
                                                The Law Offices of Jose C. Campos
                                                251 E. Broad St.
                                                Bethlehem, PA 18018