## UNITED STATES BANKRUPTCY COURT FOR
## THE EASTERN DISTRICT OF PENNSYLVANIA

In Re:

| | |
|---|---|
| **George W. Pickett, a/k/a George Pickett, a/k/a George Picket, Jr.** | ) Chapter 13 |
| | ) No. 14-13873-ref |
| | ) Date of Hearing: September 21, 2017 |
| **Maralyn Pickett** | ) Time of Hearing: 9:30 a.m. |
| | ) Location:  U.S. Bankruptcy Court |
| | )              The Madison Building |
| | )              3rd Floor, Courtroom 1 |
| | )              400 Washington Street |
| | )              Reading, PA 19601 |

### Certificate of No Response

I, Jose C. Campos, attorney for the above Debtors, do hereby certify that I have received no responsive pleading, and have checked the docket and no responsive pleading has been filed to the Debtors' Motion to Modify Their Chapter 13 Plan Post-Confirmation, and thus said Motion is uncontested.

I further certify that the same was served together with the Notice and proposed Order by first class mail or electronic mail to the parties as evidenced in the Certificate of Service filed on August 22, 2017 in this case.

Dated:  September 16, 2017            /s/ *Jose C. Campos, Esq.*
                                       Jose C. Campos, Esq.
                                       Attorney for Debtors
                                       The Law Office of Jose C. Campos, Esq.
                                       251 E. Broad St.
                                       Bethlehem, PA 18018