UNITED STATES BANKRUPTCY COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA

In Re:

George W. Pickett, a/k/a George Pickett, a/k/a George Picket, Jr.
Maralyn Pickett

) Chapter 13
)
) No. 14-13873-ref
)

## ORDER

AND NOW, upon consideration of the Debtors' Motion to Modify Their Chapter 13 Plan Post-Confirmation, service of the Motion and opportunity for response and hearing thereon, it is hereby ORDERED and DECREED that:

The Debtors are granted permission to Modify their Chapter 13 Plan to provide for the following:

(a) cure the Debtors' plan arrearage;

(b) increase the base amount of the Plan from $12,701.84 to $13,150.00, with a remaining Plan balance of $6,647.34 and monthly Plan payments of $316.54; and

(c) provide for post-confirmation counsel fees in the sum of $400.00.

IT IS FURTHER ORDERED that Debtors' Second Amended Chapter 13 Plan Post-Petition attached as Exhibit A to Debtors' Motion to Modify Plan is hereby approved.

BY THE COURT:

**Date: September 20, 2017**

_____
J.

Copies to:
George W. Pickett and Maralyn Picket
639 S. Bishopthorpe Street
Bethlehem, PA 18015

Jose C. Campos, Esquire
The Law Offices of Jose C. Campos
251 E. Broad St.
Bethlehem, PA 18018

Frederick L. Reigle, Esquire
Standing Chapter 13 Trustee
2901 St. Lawrence Avenue
P.O. Box 4010
Reading, PA 19606-0410