United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
George W. Pickett  
Maralyn Pickett  
       Debtors

Case No. 14-13873-ref  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-4     User: Angela     Page 1 of 1     Date Rcvd: Sep 20, 2017  
                   Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 22, 2017.  
db/jdb       +George W. Pickett,   Maralyn Pickett,   639 S. Bishopthorpe St.,   Bethlehem, PA 18015-2762

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                           TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 22, 2017                                        Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 20, 2017 at the address(es) listed below:  
         FREDERICK L. REIGLE    ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com  
         JOSE C CAMPOS    on behalf of Joint Debtor Maralyn Pickett jc@jccamposlaw.com, sbennett@jccamposlaw.com  
         JOSE C CAMPOS    on behalf of Debtor George W. Pickett jc@jccamposlaw.com, sbennett@jccamposlaw.com  
         JOSHUA ISAAC GOLDMAN    on behalf of Creditor   U.S. BANK NATIONAL ASSOCIATION, Et Al... bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com  
         KEVIN K. KERCHER    on behalf of Creditor   People First Credit Union kevinkk@kercherlaw.com  
         LEON P. HALLER    on behalf of Creditor   Pennsylvania Housing Finance Agency lhaller@pkh.com, dmaurer@pkh.com;mgutshall@pkh.com  
         LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com, ecf_frpa@trustee13.com  
         THOMAS I. PULEO    on behalf of Creditor   U.S. BANK NATIONAL ASSOCIATION, Et Al... tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com  
         United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
                                                                                            TOTAL: 9

UNITED STATES BANKRUPTCY COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA

In Re:

George W. Pickett, a/k/a George ) Chapter 13
Pickett, a/k/a George Picket, Jr. ) No. 14-13873-ref
Maralyn Pickett )

## ORDER

AND NOW, upon consideration of the Debtors' Motion to Modify Their Chapter 13 Plan Post-Confirmation, service of the Motion and opportunity for response and hearing thereon, it is hereby ORDERED and DECREED that:

The Debtors are granted permission to Modify their Chapter 13 Plan to provide for the following:

(a) cure the Debtors' plan arrearage;

(b) increase the base amount of the Plan from $12,701.84 to $13,150.00, with a remaining Plan balance of $6,647.34 and monthly Plan payments of $316.54; and

(c) provide for post-confirmation counsel fees in the sum of $400.00.

IT IS FURTHER ORDERED that Debtors' Second Amended Chapter 13 Plan Post-Petition attached as Exhibit A to Debtors' Motion to Modify Plan is hereby approved.

BY THE COURT:

**Date: September 20, 2017**

_____
J.

Copies to:
George W. Pickett and Maralyn Picket
639 S. Bishopthorpe Street
Bethlehem, PA 18015

Jose C. Campos, Esquire
The Law Offices of Jose C. Campos
251 E. Broad St.
Bethlehem, PA 18018

Frederick L. Reigle, Esquire
Standing Chapter 13 Trustee
2901 St. Lawrence Avenue
P.O. Box 4010
Reading, PA 19606-0410