UNITED STATES BANKRUPTCY COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: George W. Pickett, a/k/a George Pickett, a/k/a George Picket, Jr. and Maralyn Pickett | ) ) ) ) ) ) | Chapter 13<br><br>No. 14-13873-ref |
| Debtors | | |

**Certificate of No Response**

I, Jose C. Campos, attorney for the above Debtors, do hereby certify that I have received no responsive pleading, and have checked the docket and no responsive pleading has been filed to Counsel's Supplemental Application for Compensation Post-Confirmation, and thus said Application is uncontested.

I further certify that the same was served together with the Notice and proposed Order by first class mail or electronic mail to the parties as evidenced in the Certificate of Service filed on November 9, 2017 in this case.

Dated: March 8, 2018

/s/*Jose C. Campos, Esq.*
Jose C. Campos, Esq.
The Law Office of Jose C. Campos, Esq.
251 E. Broad St.
Bethlehem, PA 18018