*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: George W. Pickett and
Maralyn Pickett
    Debtor(s)

Case No: 14–13873–ref

Chapter: 13

## NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Richard E. Fehling , United States Bankruptcy Judge to consider:

Telephonic Hearing regarding Supplemental Application for Compensation for JOSE C CAMPOS
**Attorneys who will be participating telephonically should contact Judge Fehling's Courtroom Deputy at 610–208–5036**

on: 4/12/18

at: 09:30 AM

in: Courtroom 1, Third Floor, The Madison, 400 Washington Street, Reading, PA 19601

For The Court

Date:  3/12/18

Timothy B. McGrath
Clerk of Court

77 − 75
Form 167