United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
George W. Pickett  
Maralyn Pickett  
    Debtors

Case No. 14-13873-ref  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-4    User: dlv    Page 1 of 1    Date Rcvd: Mar 12, 2018  
                      Form ID: 167    Total Noticed: 4

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 14, 2018.  
db/jdb    +George W. Pickett,   Maralyn Pickett,   639 S. Bishopthorpe St.,   Bethlehem, PA 18015-2762  
cr       +People First Credit Union,   2141 Downyflake Lane,   Allentown, PA 18103-4799

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
cr        E-mail/PDF: resurgentbknotifications@resurgent.com Mar 13 2018 02:17:26    CACH ,LLC,  
    PO Box 10587,   Greenville, SC   29603-0587  
cr        E-mail/PDF: gecsedi@recoverycorp.com Mar 13 2018 02:05:25    GE Capital Retail Bank,  
    c/o Recovery Management Systems Corporat,   25 SE 2nd Avenue, Suite 1120,  
    Miami, FL   33131-1605  
                                                  TOTAL: 2

    ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 14, 2018                                        Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 12, 2018 at the address(es) listed below:  
            FREDERICK L. REIGLE    ecfmail@fredreiglech13.com,   ecf_frpa@trustee13.com  
            JOSE C CAMPOS    on behalf of Joint Debtor Maralyn  Pickett jc@jccamposlaw.com,  
    sbennett@jccamposlaw.com  
            JOSE C CAMPOS    on behalf of Debtor George W. Pickett jc@jccamposlaw.com,  
    sbennett@jccamposlaw.com  
            JOSHUA ISAAC GOLDMAN    on behalf of Creditor   U.S. BANK NATIONAL ASSOCIATION, Et Al...  
    bkgroup@kmllawgroup.com,   bkgroup@kmllawgroup.com  
            KEVIN K. KERCHER    on behalf of Creditor   People First Credit Union kevinkk@kercherlaw.com  
            LEON P. HALLER    on behalf of Creditor   Pennsylvania Housing Finance Agency lhaller@pkh.com,  
    dmaurer@pkh.com;mgutshall@pkh.com  
            LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,  
    ecf_frpa@trustee13.com  
            THOMAS I. PULEO    on behalf of Creditor   U.S. BANK NATIONAL ASSOCIATION, Et Al...  
    tpuleo@kmllawgroup.com,   bkgroup@kmllawgroup.com  
            United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
                                                                                                                      TOTAL: 9

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: George W. Pickett and
Maralyn Pickett
    Debtor(s)

Case No: 14–13873–ref
Chapter: 13

### NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Richard E. Fehling , United States Bankruptcy Judge to consider:

Telephonic Hearing regarding Supplemental Application for Compensation for JOSE C CAMPOS
**Attorneys who will be participating telephonically should contact Judge Fehling's Courtroom Deputy at 610–208–5036**

on: 4/12/18

at: 09:30 AM

in: Courtroom 1, Third Floor, The Madison, 400 Washington Street, Reading, PA 19601

For The Court

Date: 3/12/18

Timothy B. McGrath
Clerk of Court