UNITED STATES BANKRUPTCY COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | George W. Pickett, a/k/a George Pickett, a/k/a George Picket, Jr. and Maralyn Pickett | ) Chapter 13 ) ) No. 14-13873-ref ) |
| | Debtors | ) |

## ORDER APPROVING COMPENSATION
## TO COUNSEL FOR DEBTORS

NOW upon consideration of the Application by Debtors' Chapter 13 Counsel Pursuant to Local Rule 2016-2, for compensation and, in the absence of objection and, good cause existing for the approval thereof,

**IT IS HEREBY ORDERED AND DECREED**, that the supplemental compensation charged by the counsel for the Debtors, Jose C. Campos, in the amount of FOUR HUNDRED DOLLARS ($400.00) is hereby approved.

BY THE COURT:

4/12/18

RICHARD E. FEHLING
BANKRUPTCY JUDGE

Copies to:
Jose C. Campos, Esquire
The Law Offices of Jose C. Campos
251 E. Broad St.
Bethlehem, PA 18018

George W. Pickett
Maralyn Pickett
639 S. Bishopthorpe St.
Bethlehem, PA 18015

Frederick L. Reigle, Esquire
Chapter 13 Trustee
P.O. Box 4010
Reading, PA 19606-0410