United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                              Case No. 14-13873-ref
George W. Pickett                                                   Chapter 13
Maralyn Pickett
       Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-4         User: dlv              Page 1 of 1              Date Rcvd: Apr 12, 2018
                             Form ID: pdf900        Total Noticed: 5

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 14, 2018.
db/jdb         +George W. Pickett,    Maralyn Pickett,    639 S. Bishopthorpe St.,    Bethlehem, PA 18015-2762
smg            +Bureau of Audit and Enforcement,    City of Allentown,    435 Hamilton Street,
                 Allentown, PA 18101-1603
cr             +People First Credit Union,    2141 Downyflake Lane,    Allentown, PA 18103-4799

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr              E-mail/PDF: resurgentbknotifications@resurgent.com Apr 13 2018 01:38:47      CACH ,LLC,
                 PO Box 10587,    Greenville, SC  29603-0587
cr              E-mail/PDF: gecsedi@recoverycorp.com Apr 13 2018 01:38:42      GE Capital Retail Bank,
                 c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue, Suite 1120,
                 Miami, FL  33131-1605
                                                                                              TOTAL: 2

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 14, 2018                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 12, 2018 at the address(es) listed below:
              FREDERICK L. REIGLE    ecfmail@fredreiglech13.com,    ecf_frpa@trustee13.com
              JOSE C CAMPOS    on behalf of Debtor George W. Pickett jc@jccamposlaw.com,
               sbennett@jccamposlaw.com
              JOSE C CAMPOS    on behalf of Joint Debtor Maralyn  Pickett jc@jccamposlaw.com,
               sbennett@jccamposlaw.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor   U.S. BANK NATIONAL ASSOCIATION, Et Al...
               bkgroup@kmllawgroup.com,    bkgroup@kmllawgroup.com
              KEVIN K. KERCHER    on behalf of Creditor   People First Credit Union kevinkk@kercherlaw.com
              LEON P. HALLER    on behalf of Creditor   Pennsylvania Housing Finance Agency lhaller@pkh.com,
               dmaurer@pkh.com;mgutshall@pkh.com
              LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
               ecf_frpa@trustee13.com
              THOMAS I. PULEO    on behalf of Creditor   U.S. BANK NATIONAL ASSOCIATION, Et Al...
               tpuleo@kmllawgroup.com,    bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                              TOTAL: 9

UNITED STATES BANKRUPTCY COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA

In Re:  George W. Pickett, a/k/a George ) Chapter 13
Pickett, a/k/a George Picket, Jr. )
and Maralyn Pickett ) No. 14-13873-ref
)
Debtors )

## ORDER APPROVING COMPENSATION
## TO COUNSEL FOR DEBTORS

NOW upon consideration of the Application by Debtors' Chapter 13 Counsel Pursuant to Local Rule 2016-2, for compensation and, in the absence of objection and, good cause existing for the approval thereof,

**IT IS HEREBY ORDERED AND DECREED**, that the supplemental compensation charged by the counsel for the Debtors, Jose C. Campos, in the amount of FOUR HUNDRED DOLLARS ($400.00) is hereby approved.

BY THE COURT:

4/12/18

_____
RICHARD E. FEHLING
BANKRUPTCY JUDGE

<u>Copies to:</u>
Jose C. Campos, Esquire
The Law Offices of Jose C. Campos
251 E. Broad St.
Bethlehem, PA 18018

George W. Pickett
Maralyn Pickett
639 S. Bishopthorpe St.
Bethlehem, PA 18015

Frederick L. Reigle, Esquire
Chapter 13 Trustee
P.O. Box 4010
Reading, PA 19606-0410