UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In Re:  George W. Pickett & Maralyn Pickett
Bankruptcy No. 14-13873AMC
Adversary No.
Chapter      13

Date:   June 19, 2019

To:      Scott Waterman, Esq.

## NOTICE OF INACCURATE FILING

Re:  Notice of Final Cure Payment

The above pleading was filed in this office on **June 19,2019.**  Please be advised that the following document(s) filed contains a deficiency as set forth below:

( )   Debtor's name does not match case number listed
( )   Debtor's name and case number are missing
(x)   Wrong PDF document attached
( )   PDF document  not legible
( )   Notice of Motion/Objection
( )   Electronic Signature missing
( )   Other

In order for this matter to proceed, please submit the above noted correction within fourteen (14) days from the date of this notice.  All replies with appropriate corrections should be submitted to the e-mail address of **qc@paeb.uscourts.gov**  . Otherwise, the matter will be referred to the Court.

Timothy B. McGrath
Clerk

By: **Paul A. Puskar**
Deputy Clerk

CM-ECF 14 day notice.frm
4/30/04