## UNITED STATES BANKRUPTCY COURT FOR
## THE EASTERN DISTRICT OF PENNSYLVANIA

In Re:

| | |
|---|---|
| George W. Pickett | ) Chapter 13 |
| Maralyn Pickett | ) No. 14-13873-AMC |
| | ) Date of Hearing: December 12, 2019 |
| | ) Time of Hearing: 11:00 a.m. |
| | ) Location:   U.S. Bankruptcy Court |
| | )                   The Madison Building |
| | )                   3rd Floor, Courtroom 1 |
| | )                   400 Washington Street |
| | )                   Reading, PA 19601 |

## NOTICE OF MOTION, RESPONSE DEADLINE AND HEARING DATE

The Debtors, George W. Pickett and Maralyn Pickett, by and through their attorney, Jose C. Campos, have filed with the Court a Motion to Reopen Chapter 13 Case to obtain their Discharge Orders.

**Your rights may be affected.** You should read these papers carefully and discuss them with your attorney, if you have one in this Bankruptcy case. (If you do not have an attorney, you may wish to consult an attorney.)

1. If you do not want the court to grant this Motion, then on or before **November 19, 2019**, you or your attorney must do all of the following:

a) file an answer or objection explaining your position at:

**Clerk/United States Bankruptcy Court**
**The Madison Building**
**400 Washington Street, Suite 300**
**Reading, PA 19601**

If you mail your answer or objection to the Bankruptcy Clerk's Office for filing, you must mail it early enough so that it will be received on or before the date stated above; and

b) mail a copy to the Movant's attorney:

**Jose C. Campos, Esquire**
**251 E. Broad St.**
**Bethlehem, PA 18018**

2. If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the court may enter an order granting the relief requested in the motion.

   3. A hearing on the motion is scheduled to be held before the Honorable ASHELY M. CHAN, United States Bankruptcy Judge, in Courtroom **#1** at the United States Bankruptcy Court, The Madison Building, **400 Washington Street, Reading, PA 19601** on **December 12, 2019, at 11:00 a.m.,** as soon thereafter as counsel can be heard, to consider the motion.

   4.  If a copy of the motion is not enclosed, a copy of the motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

   5.  You may contact the Bankruptcy Clerk's Office at (610) 208-5040 to find out whether the hearing has been canceled because an answer was not filed.

Dated:   November 3, 2019     /s/ Jose C. Campos, Esquire
                 Jose C. Campos, Esquire
                 Attorney for Debtors
                 251 E. Broad St.
                 Bethlehem, PA 18018