**UNITED STATES BANKRUPTCY COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA**

**In Re:**

|  |  |
|---|---|
| **George W. Pickett** | ) Chapter 13 |
| **Maralyn Pickett** | ) |
|  | ) No. 14-13873-AMC |

## CERTIFICATION OF NO RESPONSE

I, Jose C. Campos, Esquire, Attorney for the above-named Debtors, having checked the docket in this case, hereby certify that no answer, reply or responsive pleading has been filed to the Motion to Reopen Case, Notice and proposed Order filed on November 3, 2019, in the above matter, as evidenced by the Certificate of Service filed, and therefore said Application is uncontested.

Dated: November 24, 2019         Signed: /s/ Jose C. Campos
                                 Jose C. Campos, Esquire
                                 Counsel for Debtors
                                 251 E. Broad St.
                                 Bethlehem, PA 18018
                                 610-868-2230