UNITED STATES BANKRUPTCY COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA

In Re:

George W. Pickett
Maralyn Pickett

) Chapter 13
)
) No. 14-13873-AMC

## ORDER

AND NOW, upon consideration of Debtors' Motion to Reopen Chapter 13 Case to obtain Discharge Order (the "Motion"), Notice of the Motion having been provided to the parties of interest and after opportunity for hearing thereon, it is hereby

ORDERED, that the Debtor's Motion is GRANTED, and it is hereby further

ORDERED that the Debtors' Chapter 13 Case dismissed on September 30, 2019, is REOPENED to permit Debtors to file their personal Financial Management Course Certificates and respective Chapter 13 Debtor's Certifications Regarding Domestic Support Obligation, and upon doing so, Debtors may obtain their Chapter 13 Discharge Orders.

12/12/19

BY THE COURT:

_____
ASHELY M. CHAN
UNITED STATES BANKRUPTCY COURT

Copies to:

George W. Pickett
Maralyn Pickett
639 S. Bishop Thorpe St.
Bethlehem, PA 18015

United States Trustee
Office of the U.S. Trustee
833 Chestnut St., Suite 500
Philadelphia, PA 19107

Scott F. Waterman, Esquire
Standing Chapter 13 Trustee
2901 St. Lawrence Avenue
P.O. Box 4010
Reading, PA 19606-0410