United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 14-13873-amc
George W. Pickett                                                         Chapter 13
Maralyn Pickett
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-4         User: Virginia           Page 1 of 3              Date Rcvd: Dec 13, 2019
                             Form ID: pdf900          Total Noticed: 68

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 15, 2019.
```
db/jdb         +George W. Pickett,    Maralyn Pickett,    639 S. Bishopthorpe St.,    Bethlehem, PA 18015-2762
smg            +Bureau of Audit and Enforcement,    City of Allentown,    435 Hamilton Street,
                 Allentown, PA 18101-1603
smg             City Treasurer,    Eighth and Washington Streets,    Reading, PA 19601
smg            +Dun & Bradstreet, INC,    3501 Corporate Pkwy,    P.O. Box 520,    Centre Valley, PA 18034-0520
smg            +Lehigh County Tax Claim Bureau,    17 South Seventh Street,    Allentown, PA 18101-2401
smg            +Tax Claim Bureau,    633 Court Street,    Second Floor,    Reading, PA 19601-4300
cr             +People First Credit Union,    2141 Downyflake Lane,    Allentown, PA 18103-4799
13322518       +ALTAIR OH XIII, LLC,    C O WEINSTEIN, PINSON, AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,
                 SEATTLE, WA 98121-3132
13306951        Ameritox Medication Monitoring Solutions,     P.O. Box 402166,    Atlanta, GA 30384-2166
13306956        CBCS,    P.O. Box 2724,    Columbus, OH 43216-2724
13306958       ++CITIBANK,    PO BOX 790034,    ST LOUIS MO 63179-0034
               (address filed with court:   Citibank Sd, Na,    Attn: Centralized Bankruptcy,    PO Box 20363,
                 Kansas City, MO 64195)
13306954       +Cbalv/people 1st Fcu,    2141 Downyflake Ln,    Allentown, PA 18103-4937
13306955       +Cbalv/people First Fed,    2141 Downyflake Ln,    Allentown, PA 18103-4774
13306957       +Children's Heart Center of NEPA,    401 North 17th St.,    Allentown, PA 18104-5034
13306961        Financial Recoveries,    P.O. Box 1388,    Mt. Laurel, NJ 08054-7388
13306960       +Financial Recoveries,    PO Box 1388,    Mount Laurel, NJ 08054-7388
13306963       +Global Credit Collection Corp,    P.O. Box 101928, Dept. 2417,    Birmingham, AL 35210-6928
13306964       +Health Network Laboratories,    2024 Lehigh St.,    Allentown, PA 18103-4938
13306965       +Herceg Hauling Co.,    P.O. Box 150,    Phillipsburg, NJ 08865-0150
13306966       +HomeStar Medical Equipment,    77 S. Commerce Way,    Bethlehem, PA 18017-8891
13306967       +James Connell, Esq.,    251 E. Broad St.,    Bethlehem, PA 18018-6371
13703376       +Jose C. Campos, Esquire,    The Law Offices of Jose C. Campos,    251 E. Broad St.,
                 Bethlehem, PA 18018-6267
13306968       +Law Firm of Allan C. Smith PC,    The Bucks County Office Center,
                 1276 Veterans Highway, Suite E-1,    Bristol, PA 19007-2597
13306969       +Law Office of Jose C. Campos,    251 E Broad St,    Bethlehem, PA. 18018-6267
13343389       +Law Offices of Jose C. Campos,    Jose C. Campos, Esquire,    251 E. Broad St.,
                 Bethlehem, PA 18018-6267
13306970        Lehigh Valley Hospital Muhlenberg,    P.O. Box 8500,    #7821,    Philadelphia, PA 19178-8500
13306971        Lehigh Valley Physicians Group,    c/o Financial Recoveries,    P.O. Box 1388,
                 Mt. Laurel, NJ 08054-7388
13306972        Lehigh Valley Physicians Group,    P.O. Box 1754,    Allentown, PA 18105-1754
13306975        Muhlenberg Hospital,    c/o Financial Recoveries,    P.O. Box 1388,    Mt. Laurel, NJ 08054-7388
13326277       ++PEOPLE FIRST FEDERAL CREDIT UNION,    2141 DOWNYFLAKE LN,    ALLENTOWN PA 18103-4799
               (address filed with court:   People First Federal Credit Union,    Attn: Asset Recovery,
                 2141 Downyflake Lane,    Allentown, PA 18103-4774)
13306977       +PPL,    2 North 9th Street CPC-Genn1,    Allentown, PA 18101-1179
13389167       +PPL Electric Utilities,    827 Hausman Road,    Allentown, PA 18104-9392
13306979       +Progressive Physicians Group,    P.O. Box 4338,    Columbus, GA 31914-0338
13306981       +Royal HomeStqar LLC & Royal Young's,    122 Mill Rd.,    Suite 120,    Phoenixville, PA 19460-1413
13306982       +Sears/cbna,    Po Box 6283,    Sioux Falls, SD 57117-6283
13306983        St Lukes Univesity Health Network,    Lockbox #8187,    P.O. Box 8500,
                 Philadelphia, PA 19178-8187
13306984       +St. Luke's Dental Program,    801 Ostrum Street,    Bethlehem, PA 18015-1000
13306985       +St. Luke's Physician Group,    PO Box 5386,    Bethlehem, PA 18015-0386
13306986       +St. Luke's Physicians Group,    C/O Penn Credit Corporation,    916 S. 14th St.,
                 Harrisburg, PA 17104-3425
13306987        St. Luke's Physicians Group,    c/o Penn Credit,    916 S. 14th St.,    P.O. Box 988,
                 Harrisburg, PA 17108-0988
13306988        St. Lukes ER Physician Specialists,    P.O. Box 5386,    Bethlehem, PA 18015-0386
13306990        The Head and Neck Center, P.C.,    311 Sousth Cedar Crest  Blvd.,    Allentown, PA 18103
13306991       +The Horsham Clinic,    c/o medCLAIMS International,    P.O. Box 2214,    Aston, PA 19014-0214
13703689       +U.S. Bank NA,    c/o Joshua I. Goldman, Esq.,    KML Law Group, PC,
                 701 Market Street, Suite 5000,    Philadelphia, PA 19106-1541
13839492       +U.S. Bank NA,    c/o Thomas Puleo, Esq.,    KML Law Group, PC,    701 Market Street, Suite 5000,
                 Philadelphia, PA 19106-1541
13306992        Valley Dental,    1424 Broadway,    Bethlehem, PA 18015-4097

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Dec 14 2019 02:56:14
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA 17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Dec 14 2019 02:56:38      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr              E-mail/PDF: gecsedi@recoverycorp.com Dec 14 2019 02:59:20      GE Capital Retail Bank,
                 c/o Recovery Management Systems Corporat,    25 SE 2nd Avenue, Suite 1120,
                 Miami, FL  33131-1605
13306950        E-mail/Text: EBNProcessing@afni.com Dec 14 2019 02:56:30      AFNI,
                 1310 MartinLuther King Drive,    P.O. Box 3427,    Bloomingrton, IL 61702-3427
```

```
District/off: 0313-4          User: Virginia              Page 2 of 3                   Date Rcvd: Dec 13, 2019
                              Form ID: pdf900             Total Noticed: 68
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
13311005         E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Dec 14 2019 02:59:24      American InfoSource LP as agent for,    Midland Funding LLC,    PO Box 268941,
                 Oklahoma City, OK   73126-8941
13306952        +E-mail/Text: EBN_Greensburg@Receivemorermp.com Dec 14 2019 02:57:01      Berks Credit & Coll,
                 900 Corporate Dr,    Reading, PA 19605-3340
13310191        +E-mail/PDF: resurgentbknotifications@resurgent.com Dec 14 2019 03:00:11      CACH ,LLC,
                 4340 S. MONACO STREET, 2ND FLOOR,    DENVER, CO 80237-3485
13961556         E-mail/PDF: resurgentbknotifications@resurgent.com Dec 14 2019 02:59:49      CACH, LLC,
                 PO Box 10587,   Greenville, SC 29603-0587
13306953        +E-mail/PDF: resurgentbknotifications@resurgent.com Dec 14 2019 02:59:24      Cach Llc/Square Two Financial,    Attention: Bankruptcy,    4340 South Monaco St.  2nd Floor,
                 Denver, CO 80237-3485
13306949        +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Dec 14 2019 02:59:17      Capital One,
                 P.O. Box 30253,   Salt Lake City, UT 84130-0253
13306962        +E-mail/PDF: gecsedi@recoverycorp.com Dec 14 2019 02:59:19      GECRB/Amazon,    Attn: Bankruptcy,
                 PO Box 103104,   Roswell, GA 30076-9104
13306973        +E-mail/Text: bankos@merchantscredit.com Dec 14 2019 02:56:03      LifeStar Response of NJ,
                 c/o Merchants Credit Association,    2245 152nd NE,    Redmond, WA 98052-5519
13390764        +E-mail/Text: bankos@merchantscredit.com Dec 14 2019 02:56:03      Merchants Credit Corporation,
                 2245 152nd Avenue, NE,    Redmond, VA 98052-5519
13306974        +E-mail/Text: bankruptcydpt@mcmcg.com Dec 14 2019 02:56:25      Midland Funding,
                 8875 Aero Drive, Suite 200,    San Diego, CA 92123-2255
13306976        +E-mail/Text: blegal@phfa.org Dec 14 2019 02:56:26      Pa Housing Finance Age,    PO Box 8029,
                 Harrisburg, PA 17105-8029
13403171         E-mail/Text: blegal@phfa.org Dec 14 2019 02:56:27      Pennsylvania Housing Finance Agency,
                 P.O. Box 15057,    Harrisburg, PA 17105-5057
13306978         E-mail/Text: ebn@americollect.com Dec 14 2019 02:56:30      Progressive Physician Associates,
                 c/o Americollect,    P.O. Box 1566,    Manitowoc, WI 54221-1566
13342701         E-mail/Text: bnc-quantum@quantum3group.com Dec 14 2019 02:56:02      Quantum3 Group LLC as agent for,    Galaxy International Purchasing LLC,    PO Box 788,
                 Kirkland, WA  98083-0788
13343646         E-mail/Text: bnc-quantum@quantum3group.com Dec 14 2019 02:56:02      Quantum3 Group LLC as agent for,    MOMA Funding LLC,    PO Box 788,    Kirkland, WA  98083-0788
13314676         E-mail/PDF: rmscedi@recoverycorp.com Dec 14 2019 02:59:21      Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
                 Miami, FL 33131-1605
13306980         E-mail/Text: msanchez@coordinatedhealth.com Dec 14 2019 02:56:31      Richard Sirard MD,
                 c/o CHS Professional Practice PC,    2775 Schoenersville Rd.,    Bethlehem, PA 18017-7307
13306989         E-mail/PDF: ais.tmobile.ebn@americaninfosource.com Dec 14 2019 02:59:13      T-Mobile,
                 PO Box 629025,   El Dorado Hills, CA 95762
                                                                                              TOTAL: 22

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*             CACH ,LLC,    PO Box 10587,   Greenville, SC   29603-0587
13306959*      ++CITIBANK,    PO BOX 790034,    ST LOUIS MO 63179-0034
                (address filed with court: Citibank Usa,     Citicorp Credit Services/Attn:Centralize,
                  PO Box 20507,    Kansas City, MO 64195)
                                                                                              TOTALS: 0, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 15, 2019                              Signature:  /s/Joseph Speetjens

---

**CM/ECF NOTICE OF ELECTRONIC FILING**

```
District/off: 0313-4          User: Virginia              Page 3 of 3                  Date Rcvd: Dec 13, 2019
                              Form ID: pdf900             Total Noticed: 68
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 13, 2019 at the address(es) listed below:

```
          JOSE C CAMPOS    on behalf of Debtor George W. Pickett jc@jccamposlaw.com,
           sbennett@jccamposlaw.com
          JOSE C CAMPOS    on behalf of Joint Debtor Maralyn  Pickett jc@jccamposlaw.com,
           sbennett@jccamposlaw.com
          JOSHUA ISAAC GOLDMAN    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, Et Al...
           bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
          KEVIN K. KERCHER    on behalf of Creditor    People First Credit Union kevinkk@kercherlaw.com,
           kevin@kercherlaw.com
          LEON P. HALLER    on behalf of Creditor    Pennsylvania Housing Finance Agency lhaller@pkh.com,
           dmaurer@pkh.com;mgutshall@pkh.com
          LISA MARIE CIOTTI    on behalf of Trustee FREDERICK L. REIGLE ecfmail@fredreiglech13.com,
           ecf_frpa@trustee13.com
          SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com
          THOMAS I. PULEO    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, Et Al...
           tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                             TOTAL: 9
```

UNITED STATES BANKRUPTCY COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA

In Re:

George W. Pickett  ) Chapter 13
Maralyn Pickett  )
 ) No. 14-13873-AMC

## ORDER

AND NOW, upon consideration of Debtors' Motion to Reopen Chapter 13 Case to obtain Discharge Order (the "Motion"), Notice of the Motion having been provided to the parties of interest and after opportunity for hearing thereon, it is hereby

ORDERED, that the Debtor's Motion is GRANTED, and it is hereby further

ORDERED that the Debtors' Chapter 13 Case dismissed on September 30, 2019, is REOPENED to permit Debtors to file their personal Financial Management Course Certificates and respective Chapter 13 Debtor's Certifications Regarding Domestic Support Obligation, and upon doing so, Debtors may obtain their Chapter 13 Discharge Orders.

12/12/19

BY THE COURT:

_____
ASHELY M. CHAN
UNITED STATES BANKRUPTCY COURT

Copies to:

George W. Pickett
Maralyn Pickett
639 S. Bishop Thorpe St.
Bethlehem, PA 18015

United States Trustee
Office of the U.S. Trustee
833 Chestnut St., Suite 500
Philadelphia, PA 19107

Scott F. Waterman, Esquire
Standing Chapter 13 Trustee
2901 St. Lawrence Avenue
P.O. Box 4010
Reading, PA 19606-0410