Certificate Number: 00437-PAE-DE-033491370

Bankruptcy Case Number: 14-13873



00437-PAE-DE-033491370

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on October 1, 2019, at 2:03 o'clock PM MDT, George Pickett completed a course on personal financial management given by internet by Black Hills Children's Ranch, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:    October 1, 2019                          By:    /s/Kimberly Jackson

Name:    Kimberly Jackson

Title:    Accredited Financial Counselor