Certificate Number: 00437-PAE-DE-033491369

Bankruptcy Case Number: 14-13873



00437-PAE-DE-033491369

# C<span>ERTIFICATE</span> O<span>F</span> D<span>EBTOR</span> E<span>DUCATION</span>

I CERTIFY that on October 1, 2019, at 2:03 o'clock PM MDT, Maralyn Pickett completed a course on personal financial management given by internet by Black Hills Children's Ranch, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   October 1, 2019            By:    /s/Kimberly Jackson

                                   Name:  Kimberly Jackson

                                   Title: Accredited Financial Counselor